AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| William Frazier, on behalf of Joan Frazier, individually, and William Fraizer, individually <br><br> *Plaintiff(s)* <br> v. <br> Syngenta Crop Protection, LLC; Syngenta AG; and Chevron U.S.A., Inc. <br><br> *Defendant(s)* | Civil Action No. 23-pq-2060-NJR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chevron U.S.A., Inc.
Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, Illinois 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Julia A. Merritt
Beasley Allen Law Firm
Post Office Box 4160
Montgomery, Alabama 31601-4160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/16/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| William Frazier, on behalf of Joan Frazier, individually, and William Fraizer, individually <br><br> *Plaintiff(s)* <br> v. <br> Syngenta Crop Protection, LLC; Syngenta AG; and Chevron U.S.A., Inc. <br><br> *Defendant(s)* | Civil Action No. 23-pq-2060-NJR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Syngenta AG
Rosentalstrasse 67
Basel, BASEL-STADT 4058
Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia A. Merritt
Beasley Allen Law Firm
Post Office Box 4160
Montgomery, Alabama 31601-4160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____06/16/2023_____      _____*Maia Williams*_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| William Frazier, on behalf of Joan Frazier, individually, and William Fraizer, individually <br><br> *Plaintiff(s)* <br> v. <br> Syngenta Crop Protection, LLC; Syngenta AG; and Chevron U.S.A., Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-pq-2060-NJR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Syngenta Crop Protection, LLC
C T Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julia A. Merritt
Beasley Allen Law Firm
Post Office Box 4160
Montgomery, Alabama 31601-4160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  06/16/2023

*Signature of Clerk or Deputy Clerk*